AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>JESUS EMMANUEL DAVIS<br><br>*Defendant(s)* | Case No. 2:24-mj-00034 |

**FILED**
MAR – 6 2024

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 8, 2023** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. s. 841(a)(1) | Possession with intent to distribute protonitazene and/or isotonitazene |

This criminal complaint is based on these facts:

On Thursday, June 8, 2023, a search warrant was executed at 605 Market Drive, Charleston, Kanawha County, WV 25302. During the search, officers recovered 95 suspected fentanyl pills from the pocket of a jacket found in a bedroom belonging to Jesus Emmanuel DAVIS. DAVIS admitted that the pills were his, and the statement was recorded. The number of pills recovered is consistent with distribution. Lab analysis of the pills determined that the pills contained protonitazene and/or isotonitazene, both of which are Schedule I controlled substances.

☐ Continued on the attached sheet.

*Complainant's signature*

Wyatt L. McCabe, ATF Task Force Officer
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 6, 2024

*Judge's signature*

City and state: Charleston, WV — Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*